**14** JACOBSON vs. CIRCUIT JUDGE (Wayne), 76 M., 234.

To set aside service of summons for breach of privilege.
Granted July 12, 1889.

Relator, a resident of Greenville, in Montcalm County, while at Vassar on business, was sued civilly and arrested criminally January 24, 1889. Being let to bail in the latter part of the day he came the next morning to Detroit to consult his attorneys, and while there was served with the process issued from the Wayne Circuit Court for same tort.